FREDERICK L. FRANCIS, an Infant, by His Parent and Natural Guardian, MORRIS FRANCIS, et al., Respondents, v. PAUL C. JENKS et al., Appellants.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

JACOB GALANTER, Appellant, v. JAMES S. GORDON, Respondent

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.

JOSEPH GATTO et al., Respondents, v. SAUL KRUGER et al., Appellants.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.